IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **GREGORY BILLINGSLEY, MATTHEW BLANN, CODY HOPKINS,** individually and on behalf of all others similarly situated, | § § § § § | |
| **Plaintiff,** | § § | Civil Action 5:20-cv-91 |
| v. | § § | |
| **ACCEL LOGISTICS, INC.,** | § § | **Jury Demanded** |
| **Defendant.** | § § | |

## PLAINTIFFS' NOTICE OF SETTLEMENT

Plaintiffs hereby file this Notice of Settlement and respectfully show the Court as follows:

1. Plaintiffs and the above-named Defendant have reached a settlement in the above-referenced case and are in the process of finalizing the settlement, including preparation of the settlement agreement and dismissal documents.

2. Plaintiffs anticipate that the settlement process, including preparation of settlement and dismissal documents, should be completed within the next thirty (30) days.

Respectfully submitted,

/s/ *J. Forester*
**J. FORESTER**
Texas Bar No. 24087532
**MEREDITH BLACK-MATHEWS**
Texas Bar No. 24055180
400 N. St. Paul Street, Suite 700
Dallas, TX 75201
(214) 210-2100 phone
(469) 399-1070 fax
jay@foresterhaynie.com
mmathews@foresterhaynie.com

Page - 1

**Shane McGuire**
State Bar No. 24055940
**Daniel A. Cook**
State Bar No. 24097525
**The McGuire Firm, PC**
102 N. College St., Suite 301
Tyler, Texas 75702
(903) 630-7154 phone
(903) 630-7173 fax
shane@mcguirefirm.com
daniel@mcguirefirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

A copy of the foregoing document was electronically served on all counsel of record.

/s/ *J. Forester*
**J. FORESTER**