# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **GREGORY BILLINGSLEY, MATTHEW BLANN, CODY HOPKINS,** on behalf of themselves and all others similarly situated**,**  <br><br>    Plaintiffs, <br>**v.** <br><br>**ACCEL LOGISTICS, INC.,** <br><br>    Defendant. | Civil Action No. 5:20-cv-00091 <br><br><br> **Chief Judge Orlando L. Garcia** |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Gregory Billingsley, Matthew Blann, and Cody Hopkins, on behalf of themselves and all others similarly situated, and Defendant Accel Logistics, Inc. (collectively, the "Parties"), by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby present to this honorable Court that they stipulate to the dismissal of this action. The Parties reached a fair and reasonable resolution of the bona fide dispute of wage and hour laws. Accordingly, Plaintiffs hereby dismiss this action with prejudice, with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

*/s/ J. Forester*
**J. Forester,** *Co-Counsel*
Texas Bar No. 24087532
**Meredith Matthews,** *Co-Counsel*
Texas Bar No. 24055180
**FORESTER HAYNIE PLLC**
400 N. St. Paul Street, Suite 700
Dallas, TX 75202
(214) 210-2100 (phone)
jay@foresterhaynie.com
mmathews@foresterhaynie.com

**Shane McGuire**
Texas Bar No. 24055940
shane@mcguirefirm.com
**Daniel A. Cook**
daniel@mcguirefirm.com
**THE MCGUIRE FIRM, PC**
102 N College St, Ste. 301
Tyler, TX 75702
(903) 630-7154 (phone)

**ATTORNEYS FOR PLAINTIFFS**

**-and-**

*/s/ Kimberly S. Moore*
**Kimberly S. Moore**
State Bar No. 00784629
ksmoore@clarkhill.com
**Tolu O. Babade**
State Bar No. 24091231
tbabade@clarkhill.com
**CLARK HILL STRASBURGER**
2600 Dallas Parkway, Suite 600
Frisco, Texas 75034
469.287.3900
469.287.3999 (Fax)

**ATTORNEYS FOR DEFENDANT**
**ACCEL LOGISTICS, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service through the Court's ECF System.

/s/ *J. Forester*
**J. Forester**